## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case: Brown v. Rimmer                                          Case No: 98CV0030-LAB (WMC)

HON. Larry A. Burns                    CT. DEPUTY Tisha Washam              Rptr.

Present

Plaintiff(s):    No appearance

Defendant(s):    No appearance

Pending before the United States Supreme court this term is Whorton v. Bockting, 126 S.Ct. 2017 (U.S. May 15, 2006) on a grant of *certiorari* from Bockting v. Bayer, 399 F.3d 1010 (9th Cir. 2005), *amended by* 408 F.3d 1127, *reh'g en banc denied* 418 F.3d 1055 (2005) (Wallace, J. dissenting), where the issue presented is whether Crawford v. Washington, 541 U.S. 36 (2004) applies retroactively. The undersigned district judge is withholding the filing of an Order deciding this habeas corpus petition until the United States Supreme Court has ruled on that issue.

DATED: January 4, 2007

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge