# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Tommy Ray Brown

V.

James Tilton, Acting Secretary of California Department of Corrections and Rehabilitation

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   98cv0030-LAB(WMC)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Report and Recommendation recommendations that all Brown's grounds and theories for federal habeas relief be denied is adopted, on the modified reasoning and premises set forth in the Order where they may deviate from or augment the Report and Recommendation, and the Petition is denied in its entirety, terminating this case.............................................................................................................

| March 28, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/K. Johnson
(By) Deputy Clerk

ENTERED ON March 28, 2007

98cv0030-LAB(WMC)